PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
**May 02, 2024**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTON ANDREYEVICH IAGOUNOV, <br><br> Defendant. | CASE NO. 2:24-cr-0101 DJC <br><br> 18 U.S.C. § 912 – False Personation of an Officer or Employee of the United States (4 counts) |

INDICTMENT

COUNT ONE: [18 U.S.C. § 912 – False Personation of an Officer or Employee of the United States]

The Grand Jury charges: T H A T

ANTON ANDREYEVICH IAGOUNOV,

defendant herein, on or about July 5, 2022, in the County of El Dorado, State and Eastern District of California, and elsewhere, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is, a Special Agent of National Aeronautics and Space Administration, Office of the Inspector General (NASA-OIG), and in such assumed and pretended character did act as such, in that he falsely represented that he was a Special Agent of NASA-OIG and submitted a counterfeit search warrant to the United States Capitol Police, seeking top secret information and other items, in violation of Title 18, United States Code, Section 912.

/ / /

COUNT TWO: [18 U.S.C. § 912 – False Personation of an Officer or Employee of the United States]

The Grand Jury further charges: T H A T

ANTON ANDREYEVICH IAGOUNOV,

defendant herein, on or about July 11, 2022, in the County of El Dorado, State and Eastern District of California, and elsewhere, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of National Aeronautics and Space Administration Office of the Inspector General (NASA-OIG), and in such assumed and pretended character did act as such, in that he falsely represented that he was a Special Agent of NASA-OIG and submitted a counterfeit search warrant to the United States District Court in the Central District of California, requesting approval of the counterfeit search warrant, in violation of Title 18, United States Code, Section 912.

COUNT THREE: [18 U.S.C. § 912 – False Personation of an Officer or Employee of the United States]

The Grand Jury further charges: T H A T

ANTON ANDREYEVICH IAGOUNOV,

defendant herein, on or about July 21, 2022, in the County of El Dorado, State and Eastern District of California, and elsewhere, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of National Aeronautics and Space Administration Office of the Inspector General (NASA-OIG), and in such assumed and pretended character did act as such, in that he falsely represented that he was a Special Agent of NASA-OIG and submitted a counterfeit search warrant to the United States Bankruptcy Court in the Middle District of Georgia, requesting approval of the counterfeit search warrant, in violation of Title 18, United States Code, Section 912.

COUNT FOUR: [18 U.S.C. § 912 – False Personation of an Officer or Employee of the United States]

The Grand Jury further charges: T H A T

ANTON ANDREYEVICH IAGOUNOV,

defendant herein, on or about July 24, 2022, in the County of El Dorado, State and Eastern District of California, and elsewhere, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of National Aeronautics and Space

Administration Office of the Inspector General (NASA-OIG), and in such assumed and pretended character did act as such, in that he falsely represented that he was a Special Agent of NASA-OIG and submitted a facsimile transmission to the United States District Court in the Northern District of Florida, demanding a response to the submission of a counterfeit search warrant, in violation of Title 18, United States Code, Section 912.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

PHILLIP A. TALBERT
United States Attorney

No. _____

2:24-cr-0101 DJC

# UNITED STATES DISTRICT COURT

Eastern District of California

Criminal Division

## THE UNITED STATES OF AMERICA
vs.

ANTON ANDREYEVICH IAGOUNOV

### I N D I C T M E N T

**VIOLATION(S):**
18 U.S.C. § 912 – False Personation of an Officer or Employee of the United States (4 counts)

*A true bill,*

**/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* _____ 2nd \_\_\_\_\_ *day*

*of* \_\_\_May_____, *A.D. 20* \_24\_\_

_____/s/ R. Alvarez_____
*Clerk.*

*Bail, $* \_\_No process necessary.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

## *United States v. Anton Andreyevich Iagounov*

## Penalties for Indictment

### Counts One to Four

| **18 U.S.C. § 912 – False Personation of an Officer or Employee of the United States** | |
|---|---|
| Maximum Penalties: | Up to 3 years in prison; or<br>Fine of up to $250,000; or both fine and imprisonment<br>Supervised release term of up to 1 year. |
| Special Assessment: | $100 (mandatory on each count) |