PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTON ANDREYEVICH IAGOUNOV,<br><br>　　　　　Defendant. | CASE NO. 2:24-CR-101-DJC<br><br>UNITED STATES'S NOTICE OF EXPERT WITNESS<br><br>(DFE TANYA KONRAD) |

　　　　　Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States provides the following disclosure concerning expert testimony that the United States will seek to introduce pursuant to Rules 702, 703, and 705 of the Federal Rules of Evidence. Although the United States does not believe that cellphone extraction testimony is expert testimony under the Federal Rules of Evidence,[1] in an abundance of caution the United States submits this notice. The United States reserves the right to offer additional testimony by this expert, or other expert witness(es), and for the expert to amend or adjust her opinions and bases therefor, based on information perceived by or made known to the expert before or during trial.

### Digital Device Extraction Expert

　　　　　The United States is providing notice that, absent a signed stipulation between the parties, it

---

[1] United States v. Jimenez-Chaidez, No. 22-50069 (9th Cir. Mar. 25, 2024) (allowing the agent who performed the Cellebrite extraction to testify as a lay witness was not an abuse of discretion because the Cellebrite report was understandable to a layperson and required no specialized knowledge).

intends to offer the testimony of Digital Forensic Examiner (DFE) Tanya Konrad of the Federal Bureau of Investigation's (FBI) Computer Analysis Response Team (CART). DFE Konrad will testify about the data extracted from electronic devices seized in connection with this case using forensic tools. DFE Konrad has specialized training and experience in forensic analysis of computers and other electronic storage devices, including cell phones and personal computers.

The United States has disclosed to defense counsel the reports detailing the data extractions. (IAGOUNOV_00003298, IAGOUNOV_00003299, IAGOUNOV_00005139). DFE Konrad is expected to testify as to the process used to extract data from the devices analyzed using the forensic tools documented in her reports, and the reliability of the obtained data. Her anticipated testimony regarding reliability is based on her experience of comparing what is extracted by the forensic tools to the data as it exists on devices the FBI has analyzed. As such, DFE Konrad is expected to offer the opinion that the extracted data was recorded, taken, or made on the date and time reflected in the digital device extraction report(s).

The United States attaches a copy of DFE Konrad's curriculum vitae to this notice.

Additionally, the United States asserts the following is a list of prior testimony provided by the expert at trial or deposition within the last 4 years:

- *United States v. Antonio Long Andrews* (2022) 2:18-cr-00256 JAM (EDCA)
- *People of the State of Ca v. Leslie Jenea Chance* (BF166441)
- *United States v. Lawrence* (2019) 2:17-cr-0228 (EDCA)
- *United States v. Hooton* (2023) 2:21-cr-105 DAD (EDCA)
- *United States v. Agricultural Contracting Services Association, dba American Labor Alliance* (2024) 1:19-cr-00003 (EDCA)

The United States asserts that this notice and the reports provided to the defendant, as well as the actual files obtained from the defendant's electronic devices, satisfy the requirements of Rule 16(a)(I)(G). If, after viewing this notice and the attachment, the defendant requests further information or has concerns under Rule 16, the United States requests the defendant advise as to what further information is necessary to prepare for trial.

Dated: June 10, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Audrey B. Hemesath*
JAMES R. CONOLLY
AUDREY B. HEMESATH

Assistant United States Attorneys

In compliance with Federal Rule of Criminal Procedure 16(a)(I)(G)(v), I, Tanya Konrad, hereby declare that I have reviewed this notice and agree to its contents.

_____
TANYA KONRAD