# Curriculum Vitae

**ITS/DFE Tanya Konrad**

Information Technology Specialist/Digital Forensic Examiner, Federal Bureau of Investigation

2001 Freedom Way, Roseville, CA 95678

tkonrad@fbi.gov   -   (916)-746-2757

## PROFESSIONAL EXPERIENCE

Mar 2015 – Present    **United States Department of Justice, Federal Bureau of Investigation**
Sacramento Field Office, Computer Analysis Response Team
Information Technology Specialist/Digital Forensic Examiner

As a Digital Forensics Examiner assigned to the Computer Analysis Response Team (CART), my responsibilities include the extraction of data from computers, mobile phones & other digital devices. I perform additional analysis by recovering deleted files, running SQLite queries, performing forensic examination of digital evidence, and generating reports for investigators.

July 2014 – Mar 2015    **United States Department of Justice, Federal Bureau of Investigation**
Sacramento Field Office, Student Workforce Trainee

While a trainee, I prepared forensic media, performed equipment testing, and configured forensic workstations. Participated in the execution of several search warrants, and observed and assisted with forensic examinations under the supervision of a certified forensic examiner.

## EDUCATION

Aug 2009 – Dec 2014    **California State University, Sacramento (CSUS)**
Bachelors of Science in Computer Engineering
Recipient, Scholarship for Service (SFS) Scholarship
Dean's Honor List, Spring 2013

## COURSES

Fall 2009        Web development HTML/XHTML – Sierra College (16 weeks)
Fall 2010        Intro to Computer Architecture - CSUS (16 weeks)
Fall 2010        Program. Concepts & Methodology I &II - CSUS (32 weeks)
Spring 2011      Data Structure & Algorithm Analysis - CSUS (16 weeks)
Fall 2011        Introduction to Logic Design - CSUS (16 weeks)
Spring 2012      Computer Software Engineering – CSUS (16 weeks)
Spring 2012      Computer Interfacing - CSUS (16 weeks)
Spring 2012      Computer Networks and Internet - CSUS (16 weeks)
Spring 2013      Computer Forensics Principals - CSUS (16 weeks)
Spring 2013      Operating System Principles - CSUS (16 weeks)
Fall 2013        Computer Attacks & Countermeasures - CSUS (16 weeks)
Fall 2013        Operating System Pragmatics - CSUS (16 weeks)
Fall 2013        Network Analysis - CSUS (16 weeks)
Spring 2014      Computer Hardware System Design - CSUS (16 weeks)
Fall 2014        Advanced Logic Design - CSUS (16 weeks)

## PROGRAMMING:

Python, Verilog, C, Java, Intel x86 Assembly Language, Spin, Arduino, PHP

## PROFESSIONAL TRAINING

April 2015        AccessData FTK Boot Camp, AccessData, Stafford, VA (3 days)
April 2015        DExT Certified, Stafford, VA

# Curriculum Vitae

| July 2015 | AccessData Windows Forensics, AccessData, Baltimore, MD (3 days) |
| July 2015 | AccessData Internet Forensics, AccessData, Stafford, VA (3 days) |
| Aug 2015 | CompTIA Net+ Certification |
| June 2016 | *Windows Forensic Analysis SANS 408*, SANS Institute - GIAC Certified Forensic Examiner |
| June 2017 | Python Data Structures – Online Course – University of Michigan |
| Nov 2018 | Memory Forensics In-Depth, SANS 526, SANS Institute |
| July 2020 | X-Ways Forensics |
| Aug 2020 | Mac and iOS Forensic Analysis and Incident Response, SANS 518, SANS Institute |
| Aug 2021 | Quality Report Writing |
| Aug 2021 | SQLite Forensics |
| March 2022 | Analog Forensics 101 |

## CERTIFICATION

| April 2015 | DExT Certified |
| August 2015 | CompTIA Net+ Certification |
| April 2016 | AccessData Certified Examiner (ACE) |
| May 2016 | CompTIA A+ Certification |
| June 2016 | Windows Forensic Analysis SANS 408, GIAC Certification – Global Information Assurance Certification - expired |
| October 2016 | Computer Analysis Response Team Forensic Examiner Certified |
| July 2019 | Advanced Incident Response, Threat Hunting, and Digital Forensics SANS 508, GCFA Certification - GIAC certified Forensic Analyst – expired |
| Feb 2020 | Smartphone Forensic Analysis In-Depth SANS 585, GASF Certification – GIAC Advanced Smartphone Forensics |
| Dec 2022 | ICS/SCADA Security Essentials – SANS ICS410, GICSP Certification – Global Industrial Cyber Security Professional |
| Dec 2023 | iOS and Android Application Security Analysis and Penetration Testing– SANS SEC575 – GIAC Mobile Device Security Analyst |