PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTON ANDREYEVICH IAGOUNOV, <br><br> Defendant. | CASE NO. 2:24-CR-101-DJC <br><br> JOINT STATEMENT OF THE CASE <br><br> TRIAL DATE: July 8, 2024 <br> TIME: 8:30 a.m. <br> COURT: Hon. Daniel J. Calabretta |

  The parties stipulate and agree to the following joint statement of the case to be read to the prospective jury:

  In this federal criminal case, Anton Iagounov is charged with four violations of 18 U.S.C. § 912, false impersonation of an officer of the United States: specifically, false impersonation of a Special Agent of the NASA – Office of the Inspector General. Mr. Iagounov has pleaded not guilty to each of these charges.

Dated:  June 24, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Audrey B. Hemesath*
JAMES R. CONOLLY
AUDREY B. HEMESATH

Assistant United States Attorneys

*/s/ Michael Heumann*
MICHAEL HEUMANN
Attorney for Anton Iagounov