PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00101 DJC |
|---|---|
| Plaintiff, | UNITED STATES' FIRST AMENDED EXHIBIT LIST |
| v. | |
| ANTON ANDREYEVICH IAGOUNOV, | DATE: July 8, 2024<br>TIME: 8:30 a.m.<br>COURT: Hon. Daniel J. Calabretta |
| Defendants. | |

The United States, by and through its undersigned counsel, hereby submits the following list of exhibits it intends to introduce in its case-in-chief. The government reserves the right to supplement or modify this list with an amended list of exhibits, should the need arise.

| EX. NO. | DESCRIPTION | BATES RANGE ("IAGOUNOV_##") | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 1 | Photograph of Building 2, 1432 Melba Drive, South Lake Tahoe | 00004083 | | |
| 2 | Photograph of stairs and front door, Unit 202, 1432 Melba Drive, South Lake Tahoe | 00004076 | | |
| 3 | Photograph of handwritten notes | 00002573 - 00002574 | | |

| | | | | |
|---|---|---|---|---|
| 4 | Photograph of A. Iagounov's bedroom. | 00003462 | | |
| 5 | Photograph of A. Iagounov's bedroom | 00003466 | | |
| 6 | Photograph of case containing electronic equipment from A. Iagounov's bedroom | 00003574 | | |
| 7 | Photograph of black canvas bag containing miscellaneous items. | 00003580 | | |
| 8 | Photograph of contents of black canvas bag. | 00003582 | | |
| 9 | Photograph of handwritten notes and mail | 00003598 | | |
| 10 | Photograph of miscellaneous items, including NSA folder | 00003610 | | |
| 11 | Photograph of laptop computers and other items | 00003620 | | |
| 12 | Photograph of bag containing gas cannisters | 00003624 | | |
| 13 | Photograph of certificate issued to Anton Iagounov | 00003634 | | |
| 14 | Photograph of license plates and miscellaneous items | 00003638 | | |
| 15 | Photograph of credentials holder containing FEMA student identification: Anton Iagounov | 00003642 | | |
| 16 | Photographs of U.S. Dept. of Homeland Security "Officer" badge holder, containing State of Nevada Private Investigators License Board Identification: Anton Iagounov | 00002534 - 00002535, 00002537 | | |
| 17 | Photographs of U.S. Passport: Anton Iagounov | 00002502, 00002505 | | |

| | | | | |
|---|---|---|---|---|
| 18 | Photograph of FBI badge and miscellaneous items | 00003644 | | |
| 19 | Photograph of plastic container holding ammunition and miscellaneous items | 00003654 | | |
| 20 | Photograph of handwritten notes and business card | 00003658 | | |
| 21 | Photograph of Homeland Security Legal Division Handbook | 00003682 | | |
| 22 | Photograph of box containing FBI badge and U.S. Dept. of Homeland Security "Officer" credentials wallet | 00003690 | | |
| 23 | Passport Renewal Application: Anton Iagounov | 00002628 | | |
| 24 | Photograph of Visa credit card: Anton Iagounov | 00003700 | | |
| 25 | Photograph of "Registered Executive Bodyguard" badge | 00003714 | | |
| 26 | Photograph of plastic box containing body-worn camera and miscellaneous items | 00003718 | | |
| 27 | FBI Receipt for Property, from 10/27/2022 search of Unit 202, 1432 Melba Ave., South Lake Tahoe, California | 00002831 - 00002833 | | |
| 28 | GoDaddy.com business records for domain usoig.us (Shopper ID 28377725; Anton Iagounov) | 00000389; 00000898 – 00000902 | | |
| 29 | FaxZero records for sender email alvin.ch@proton.me | 00004111 – 0004124 | | |
| 30 | FaxZero records for sender email usmcman_00@proton.me | 00004131 – 00004159 | | |

| # | Description | Bates |  |  |
|---|---|---|---|---|
| 31 | FaxZero records for sender email ylbpkmwxomsg@arxxwalls.com | 00004125 – 00004130 | | |
| 32 | FaxZero records for sender email yjofwviq@candassociates.com | 00004160 – 00004165 | | |
| 33 | May 6, 2022 eFOIA Request received by FBI from "Carson City Sheriff's Office" | 00006014 – 00006016 | | |
| 34 | May 6, 2022 eFOIA Request PDF file from "Carson City Sheriff's Office" (retrieved by search of Iagounov's computer)<br>**f/n: foia_fbi_furlong.pdf** | 00006017 – 00006019 | | |
| 35 | May 11, 2022 email thread Re: "FOIA 1544822-0" | 00006008 – 00006009 | | |
| 36 | May 18, 2022 email thread Re "Records Request from Carson City Sheriff" | 00006010 – 00006013 | | |
| 37 | July 24, 2022 email re: "FW: Re: Russian threat of asynchronous terrorist-attacks domestically" | 00004900 – 0004905 | | |
| 38 | Missing Person's report pertaining to Anton Iagounov, filed October 28, 2022 | 00004728 – 00004733 | | |
| 39 | Affidavit for Criminal Complaint, *United States v. Alexander Yuk Ching Ma*, Case No. 1:20-mj-01016-DKW-RT (Aug. 13, 2020, D. Hi.); ECF No. 1<br>(incl. forensic report) | 00005409 – 00005437 | | |
| 40 | Draft of search warrant affidavit: 06/19/2022<br>(incl. forensic report)<br>**f/n: electronic-device-search-warrant.pdf** | 00005473 – 00005503 | | |

| | | | | |
|---|---|---|---|---|
| 41 | Image of signature: "Joel Q. O'Neill"<br><br>(incl. forensic report) | 0005671 – 00005675 | | |
| 42 | Draft of search warrant affidavit: 06/27/2022<br><br>(incl. forensic report)<br><br>**f/n: Electronic Device Search Warrant.pdf** | 00005438 – 00005472 | | |
| 43 | Text file<br><br>(incl. forensic report)<br><br>**f/n: hughes.txt** | 00005612 – 00005641 | | |
| 44 | Forensic Examination Reports of Web Browser Activity and Searches: June – August 2022 | 00005909 – 00005997<br>(Select pages) | | |
| 45 | Forensic Examination Reports of Searches and Login Activity related to "Proton Mail" website | 00006001 – 00006007 | | |
| 46 | Computer Forensic Examination Report for Item #1B63 (Lenovo Laptop Computer) | 00003298 | | |
| 47 | Stipulation of Testimony of Trial Witness: Alvin Chang | ECF No. 25 | | |
| 48 | Stipulation of Testimony of Trial Witness: Hon. Beryl Howell | ECF No. 26 | | |
| 49 | Lenovo Laptop Computer, s/n: MP18EAS7 (Item #1B63) | n/a | | |
| 50 | RESERVED | | | |
| 51 | Audio clip of Interview of A. Iagounov, 10/27/2022 | 00006108 | | |
| 51A | Transcript of audio clip of Interview of A. Iagounov, 10/27/2022 | 00006129 – 00006130 | | |
| 52 | Audio clip of Interview of A. Iagounov, 10/27/2022 | 00006109 | | |

| | | | | |
|---|---|---|---|---|
| 52A | Transcript of audio clip of Interview of A. Iagounov, 10/27/2022 | 00006131 – 00006132 | | |
| 53 | Audio clip of Interview of A. Iagounov, 10/27/2022 | 00006110 | | |
| 53A | Transcript of audio clip of Interview of A. Iagounov, 10/27/2022 | 00006133 | | |
| 54 | Audio clip of Interview of A. Iagounov, 10/27/2022 | 00006111 | | |
| 54A | Transcript of audio clip of Interview of A. Iagounov, 10/27/2022 | 00006314 – 00006135 | | |
| 55 | Audio clip of Interview of A. Iagounov, 10/27/2022 | 00006112 | | |
| 55A | Transcript of audio clip of Interview of A. Iagounov, 10/27/2022 | 00006136 | | |
| 56 | Audio clip of Interview of A. Iagounov, 10/27/2022 | 00006113 | | |
| 56A | Transcript of audio clip of Interview of A. Iagounov, 10/27/2022 | 00006137 – 00006140 | | |
| 57 | Audio clip of Interview of A. Iagounov, 10/27/2022 | 00006114 | | |
| 57A | Transcript of audio clip of Interview of A. Iagounov, 10/27/2022 | 00006141 | | |
| 58 | Audio clip of Interview of A. Iagounov, 10/27/2022 | 00006115 | | |
| 58A | Transcript of audio clip of Interview of A. Iagounov, 10/27/2022 | 00006142 | | |
| 59 | Audio clip of Interview of A. Iagounov, 10/27/2022 | 00006116 | | |

| | | |
|---|---|---|
| 59A | Transcript of audio clip of Interview of A. Iagounov, 10/27/2022 | 00006143 |
| 60 | Audio clip of Interview of A. Iagounov, 10/27/2022 | 00006117 |
| 60A | Transcript of audio clip of Interview of A. Iagounov, 10/27/2022 | 00006144 |
| 61 | Audio clip of Interview of A. Iagounov, 10/27/2022 | 00006118 |
| 61A | Transcript of audio clip of Interview of A. Iagounov, 10/27/2022 | 00006145 - 00006146 |
| 100 | July 6, 2022 thread "Re: leaked DC court document," search warrant affidavit attached<br><br>**Att. f/n: 20220704.pdf** | 00001838 – 00001879 |
| 101 | United States Capitol Police contact information (from USCP website) | 00005193 – 00005194 |
| 102 | Image of signature: "Beryl Howell"<br><br>(incl. forensic report)<br><br>**f/n: image3.png** | 00005648 – 00005652 |
| 103 | Draft search warrant affidavit (DDC): 07/04/2022<br><br>(incl. forensic report)<br><br>**f/n:  Search_Warrant_DC.pdf** | 00005724 – 00005768 |
| 104 | Draft search warrant affidavit (DDC): 07/04/2022<br><br>(incl. forensic report)<br><br>**f/n: Search_Warrant_DC_ unsigned.pdf** | 00005769 – 00005812 |

| | | | | |
|---|---|---|---|---|
| 105 | Draft search warrant affidavit (DDC): 07/04/2022<br><br>(incl. forensic report)<br><br>f/n: 20220704.pdf | 00006064 – 00006107 | | |
| 106 | Website (printed) of "The Guardian US editorial team"<br><br>(incl. forensic report)<br><br>f/n: guardian_contacts.pdf | 00005595 – 00005611 | | |
| 107 | Text of online tip, including contact information for "Alvin Chang" and text of tip<br><br>(incl. forensic report)<br><br>f/n: dc_police.odt | 00005401 – 00005406 | | |
| 200 | July 11, 2022 email thread from service-processing@usoig.us, "Re: emergency filing/#KYUSA0300," with search warrant affidavit attached<br><br>Att. f/n: 20220711.pdf | 00000144 – 00000188 | | |
| 201 | Draft search warrant affidavit (CDCA): 07/11/2022<br><br>(incl. forensic report)<br><br>f/n: 20220711.pdf | 00005357 – 00005400 | | |
| 300 | July 21, 2022 email thread from service-processing@usoig.us, "FW: Re: #KYUSA0300," with search warrant affidavit attached<br><br>Att. f/n: Search Warrant_GA_unsigned.pdf | 00001695 – 00001739 | | |
| 301 | Draft search warrant affidavit (MDGA): 07/21/2022<br><br>(incl. forensic report)<br><br>f/n: Search Warrant_GA_ unsigned.pdf | 00005853 – 00005896 | | |

| # | Description | Bates |  |  |
|---|---|---|---|---|
| 400 | July 26, 2022 email thread from NIPTfaxe@ao.uscourts.gov, Re: "Fax Received from CSID: FaxZero.com," with 4-page electronic facsimile from "Timothy Metz, NASA-OIG," attached | 00006127, 00006128, 00006120 – 00006123 |  |  |
| 401 | July 15, 2022 email thread from service-processing@usoig.us, "FW: #KYUSA0300," with search warrant affidavit attached<br><br>**Att. f/n: 07152022.pdf** | 00005195 – 00005238 |  |  |
| 402 | Draft search warrant affidavit (NDFL): 07/15/2022 (incl. forensic report)<br><br>**f/n: 07152022.pdf** | 00006020 – 00006063 |  |  |
| 403 | Letter from "Bob O.", Re: Russian threat of asynchronous terrorist attacks domescically," attached 2-page handwritten letter<br><br>(incl. forensic report)<br><br>**f/n: russian_threat.pdf** | 00005717 – 00005723 |  |  |
| 404 | Notes, including letter from "Bob O.," and drafts of letter re submission of search warrants<br><br>(incl. forensic report)<br><br>**f/n: kaboom.odt** | 00005681 – 00005693 |  |  |

Dated: July 5, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney