

**FILED**

JUL 10 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **GOVERNMENT'S EXHIBIT RECEIPT** |
| Plaintiff | |
| v. | Case No.:   2:24-cr-00101-DJC |
| ANTON ANDREYEVICH IAGOUNOV, | |
| Defendant | |

At the conclusion of the trial, the trial exhibits admitted during trial were returned to the undersigned party.

DATED:  July 11, 2024

_____
JAMES CONOLLY
ASSISTANT UNITED STATES ATTORNEY

DATED:  July 11, 2024

_____
COURTROOM DEPUTY

NOTE: If exhibits are subsequently required for an appeal, review, or new trial, it shall be the specific responsibility of the recipient to maintain the exhibits for that purpose.

1