**FILED**

JUL 10 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>　　　　v.<br><br>ANTON ANDREYEVICH IAGOUNOV,<br><br>　　Defendant | **WITNESS LIST**<br><br>Case No.:　　2:24-cr-00101-DJC |

| **PRESIDING JUDGE**<br>The Honorable Daniel J. Calabretta | **GOVERNMENT'S ATTORNEYS**<br>J. Conolly & A. Hemesath | **DEFENDANT'S ATTORNEY**<br>M. Huemann |
|---|---|---|
| **TRIAL DATES**<br>7/8/2024 – 7/10/2024 | **COURT REPORTER**<br>A. Torres | **COURTROOM DEPUTY**<br>G. Michel |

| Δ/Π | NAME | DATE TESTIFIED |
|---|---|---|
| Pltf. | Michael Mataya | 7/8/2024 |
| Pltf. | Tammi Boswell | 7/8/2024 |
| Pltf. | Kimberly Westphal | 7/8/2024 |
| Pltf. | Jay Luther Perry | 7/8/2024 |

| | | |
|---|---|---|
| Pltf. | William Rosser | 7/9/2024 |
| Pltf. | Timothy Metz | 7/9/2024 |
| Pltf. | Aleta Conner | 7/9/2024 |
| Pltf. | David Millard | 7/9/2024 |
| Pltf. | Michael Hughes | 7/9/2024 |
| Pltf. | Tanya Konrad | 7/9/2024 |
| Pltf. | Theresa (Terri) Steele | 7/9/2024 |
| Pltf. | Kelley Hall | 7/9/2024 |
| Pltf. | Richard (Kyle) George | 7/10/2024 |